UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

2007 MAR 26 AM 11:43

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CABRERA,

    Defendant.

_____/

CASE NO. 8:03-CR-399-T-24MSS

## MOTION FOR RETURN OF PROPERTY

The Defendant, Jose Cabrera, in lieu of counsel, hereby moves this Honorable Court under Fed.R.Crim.P. 41(g) for the return of his personal property that was confiscated by government agents at the time of his arrest. In support thereof, the Defendant states the following grounds and facts:

1.) The Defendant was arrested on August 29th, 2003, by agents of the U.S. Drug Enforcement Administration.

2.) The Defendant pled guilty to one count of Conspiracy to distribute cocaine.

3.) The Defendant was sentenced on March 9th, 2004, to a term of imprisonment of 57 months.

4.) The Defendant is currently incarcerated at the Federal Correctional Institution in Loretto, Pennsylvania.

5.) The personal property at issue was never held as trial evidence nor was subject to forfeiture.

6.) The Defendant is soon to be released and would like to re-take possession of his personal property.

7.) The personal property is in the possession of the DEA.

8.) The Defendant's personal property is itemized as follows:

> 1 Mercedes Benz wristwatch.
>
> 1 wallet with Dominican Republic driver's license, credit cards, and other personal identifying documents.
>
> 1 suitcase packed full with personal clothing.
>
> 1 compact disc player/radio.

**WHEREFORE,** the Defendant requests this Court to order the DEA to return the Defendant's personal property to him in a prompt and timely manner.

Respectfully submitted,

*/s/ Jose Cabrera*

JOSE CABRERA
Register No. 41397-018
Federal Correctional Institution
P.O. Box 1000
Loretto  PA  15940

DATED: March 15th, 2007

2

**DECLARATION OF JOSE CABRERA**

I HEREBY DECLARE, under penalty of perjury (pursuant to 28 U.S.C. § 1746), that all statements, assertions, attestations, etc., in the foregoing MOTION FOR RETURN OF PROPERTY are true and correct. Executed on this **15th** day of **March, 2007.**

*/s/ Jose Cabrera*
JOSE CABRERA
Register No. 41397-018
D-O-B:  2-3-73

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR RETURN OF PROPERTY was **mailed** to Assistant United States Attorney JAMES PRESTON, 400 N. Tampa Street, Suite 3200, Tampa, Florida, 33602, by depositing in the institutional legal mailbox at the Federal Correctional Institution in Loretto, Pennsylvania, on this **15th** day of **March, 2007.**

*/s/ Jose Cabrera*
JOSE CABRERA

3