**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

    **vs.**                                      **CASE NO.8:03-CR-399-T-24MSS**
**JOSE CABREA**
    **Defendant**

## ORDER

This matter is before the Court on the Defendant's Motion for Return of Property (Doc. 125). The Government filed a response stating that they are not in possession of any property belonging to the Defendant. Attached to the response is the Sarasota Police Impound Record indicating there was no hold put on the vehicle. Accordingly, Defendant's Motion for Return of Property is DENIED.

Done and Ordered this 20th day of April, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge